NICOLE M. GALLO, Formerly Known as NICOLE M. PAONESSA, Appellant, v MARIA A. RICCI, Defendant, and JOHN E. JACOBS et al., Respondents.

Submitted June 26, 2006; decided August 31, 2006

808

Motion for leave to appeal denied. Cross motion for the imposition of sanctions denied.